# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2025-0882
Lower Tribunal No. 2024-MM-002549

_____

DEVIN ANTHONY WHITE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the County Court for Polk County.
Stacie Kaylor, Judge.

August 11, 2026

PER CURIAM.

AFFIRMED.

NARDELLA, GANNAM and KAMOUTSAS, JJ., concur.


Blair Allen, Public Defender, and Jeri Delgado, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and William C. Shelhart, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED